# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

MOHAMMED HRAGA
AND
RENEE M. HRAGA,

CASE NO. 11-54704-jrs

CHAPTER: 7

_____DEBTOR,_____

## MOTION TO RETAIN TAX REFUND

COMES NOW Mohammed Hraga and Renee M. Hraga debtors in the above-styled Chapter 7 case, by and through Pro Se council, and files this "Motion to Retain Tax Refund", showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. section 151 et seq. and 11 U.S.C. Section 101 et seq.

2.

Venue is appropriate pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S C. Section 157(b)(2)(A).

4.

The Debtors filed for relief in the above-styled Chapter 7 case on February 17, 2011, the 341 Meeting of Creditors will take place on March 23, 2011.

5.

The Debtors received a Federal and State tax refund for the 2010 tax year in the amount of $ 10,388.00.

6.

The Debtors wish to retain their income tax refund so that they may pay for repairs to the family residence. The cost for repairs is approximately $ 10489.58, (see attached estimates). Debtors have already spent $ 2721.18 of the refund and have supplied proof, (see attached receipts).

7.

The Debtors respectfully request that they be allowed to retain their 2010 income tax refund.

WEREFORE Debtors pray:

(a) That this "Motion" be filed, read and considered;

(b) That the Debtors be allowed to retain their 2010 income tax refund; and,

(c) That this Honorable Court grants such other and further relief as it may deem just and proper.

Respectfully submitted,
Mohammed Hraga and
Renee M. Hraga

By: _____

By: _____

Mohammed Hraga and
Renee M. Hraga
4571 Lucerne Valley Rd. S.W.
Lilburn, GA 30047
678-230-9476

BAC Home Loans Servicing, LP
Po Box 5170
Simi Valley, CA, 90362

CCO Mortgage
10564 Telegraph Rd.
Glen Allen, VA 23059-4577

Pinnacle Credit Union
536 North Ave., NE
Atlanta, GA 30308

American Express
PO Box 981535
El Paso, TX 79998-1535

Bank of America
PO Box, 15026
Wilmington, DE 19850-5026

Chase Card Member Services
PO Box, 15298
Wilmington, DE 19850-5298

Discover
PO Box 30421
Salt Lake City, UT 84130-0421

The Emory Clinic, Inc.
PO Box 102398
Atlanta, GA 30368-2398

Emory Eastside Med. CTR
PO Box 406092
Atlanta, GA 30384-6092

Emory Johns Creek Hospital
PO Box 277409
Atlanta, GA 30384-7409

Johns Creek Neonatology
PO Box 2486
Alpharetta, GA 30023-2486

Pediatrix Medical Group
PO Box 120153
Grand Rapids, MI 49528-0103

Southern Diagnostic Labs.
698 Old Farm Ln.
Prattville, AL 36066-6540

US Department of Education   Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403

## CERTIFICATE OF SERVICE

We certify that we represent ourselves Pro Se within the forgoing "Motion to Retain Tax Refund" and "Notice of Hearing on Motion to Retain Tax Refund"

We further certify that, Janet G. Watts, Standing Chapter 7 Trustee, was served via the U.S. Mail.

And, in the same manner, we served the parties listed in the attached matrix with a copy of the "Motion to Retain Tax Refund" at the addresses indicated therein.

Dated: 03/16/2011

Mohammed Hraga and Renee M. Hraga
4571 Lucerne Valley Rd. SW
Lilburn, GA 30047

BENSON HEATING & AIR CONDITIONING

5108 Woodfall Dr., Lilburn, Ga. 30047

Phone – 404-285-9520

*Estimate:* 03/02/2011

*CUSTOMER:* Renee Hraga

        4571 Lucerne Valley Rd. S.W.

        Lilburn, GA 30047

        678-230-9476

*WORK to PERFORMED:*

Install Ruud 80% single stage furnace and AC system including:

- a. Ruud 80%+ 75,000 btu/hr furnace
    - a. All connecting ducting, Gasline, Electrical, Flue and Drain
- b. ADP 3 ton upflow 13 seer evaporator, refrigerant 410a
    - a. May require an increased size refrigeration lineset - priced below
- c. Ruud 3 ton refrigerant 410a - 13 seer condensing unit and pad
- d. Recommend - Trion Air Bear filter system (20 x 25 filter) priced below
- e. New Honeywell or Braburn heating / cooling programmable thermostat
- f. Start up new systems, adjust furnace heating and charge AC to correct pressures
- g. Removed all old equipment, new boxes and general trash responsibility of homeowner

TOTAL, including all parts and labor------------------------------------------------------------$3650.00

Possible Additions

Pg. 1 of 2

If new lineset required--------------------------------------------------------------------$215.00

Air Bear filter system--------------------------------------------------------------------$200.00

**WARRANTY:**

    **1.** Furnace - heat exchanger 20 years, all other components are 5 years

    2. AC system – compressor is 10 years, all other components are 5 years,

    3. I provide 2 years free service and labor on any problem.

        a. Filters and normal maintenance not included.

**NOTE:**

**<u>All work done in accordance to the Georgia Warn Air Code and Ruud Manufacturing Co.</u>**


Thanks,

Dan Benson

Ga Warm Air License # CN003131


Pg. 2 of 2

Byron Fewell Plumbing Services

2810 Brackenwood Drive, Snellville, GA 30039

404-247-0739

Date __3/9/11_____

Quote

| Service | Estimated Labor |
|---|---|
| Swap kitchen sink faucet | .5 hours |
| 2 bathroom lavatorys removal and reset | 2 hours |
| Shower handle dripping | .5 hours |
| Hose bib replacement | .5 hours |
| Alt. Anti-freeze bib installed | 2 hours plus materials |

$50 per hour

Please note estimate is approximate. Water service will need to be shut off.

Renee please look at the kitchen faucet, I know it has the right spread to fit the basin. However I do not recall seeing the spray handle. If it is made into the body of the fixture or is without entirely we could cover the hole or you may want another with a sprayer? Your call. Let me know if I need to grab a stainless hole cover.

*Total estimate $350.00*
*+ parts - see attached*
*reciept from home depot.*

Pg. 1 of 2



More saving.
More doing.

4121 HWY 78 LILBURN, GA. 30047
(770) 985-1077

0110  00002  86096     03/06/11  03:25 PM
CASHIER CHRISTOPHER - CCH1646

462268         WHITE LAV <A>
  2039.00                              78.00
  NLP Savings    $10.00
032388080034 1/2 SILLCOCK <A>           4.87
  NLP Savings    $0.00
020066172497 STN WHITE <A>              6.27
  NLP Savings    $0.00

                SUBTOTAL        89.14
                SALES TAX        5.35
                TOTAL          $94.49
                CASH           100.00
                  CHANGE DUE     5.51

NEW LOWER PRICE (NLP)SAVINGS $10.00


0110 02 86096 03/06/2011 1519

       RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
A       1         90          06/04/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

         GUARANTEED LOW PRICES
          LOOK FOR HUNDREDS OF
         LOWER PRICES STOREWIDE
***************************************

    ENTER FOR A CHANCE
     TO WIN A $5,000
    HOME DEPOT GIFT
          CARD!

   Share Your Opinion With Us! Complete
   the brief survey about your store visit
       and enter for a chance to win at:

           www.homedepot.com/opinion

       ¡PARTICIPE EN UNA
    OPORTUNIDAD DE GANAR
       UNA TARJETA DE
        REGALO DE THD
          DE $5,000!

    ¡Comparta Su Opinión! Complete la breve
     encuesta sobre su visita a la tienda y
       tenga la oportunidad de ganar en:

           www.homedepot.com/opinion

            User ID:
         172591  172483

            Password:
         11156  172481

    Entries must be entered by 04/05/2011.
    Entrants must be 18 or older to enter.
    See complete rules on website. No
           purchase necessary.

P6. 2 of 2

CASE# 11-54704-jrs



# Raymond Hernandez

CELL,WORK.678-989-7127

# QUOTE

INVOICE# 315211
DATE: MARCH 15, 2011

3875 Cannonwolde Dr., Snellville GA. 30039

TO  RENEE HRAGA
4571 LUCERNE VALLEY RD
LILBURN GA, 30047

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
|  | ROOFING REPAIRS |  |  |

| QTY | | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 20 | 3TAB 25YEAR GAF SHINGLES |  | $1,900.00 |
| 5 | #15 LB ROOF FELT |  | $125.00 |
| 2 | GALVINIZED FELT STAPLES |  | $12.00 |
| 1 | BOX GALVINIZED ROOFING NAILS |  | $30.00 |
| 8 | AIR VENTS |  | $80.00 |
| 4 | PIPE FLASHING |  | $40.00 |
| 1 | DUMPSTER FEES |  | $500.00 |
| 1 | LABOR FOR TEAR OFF AND RE-INSTALLATION |  | $2,700.00 |
|  |  | SUBTOTAL | $5,387.00 |
|  |  | SALES TAX | $153.09 |
|  |  | TOTAL | $5,540.09 |

RayHer Construction LLC        Thank you for your business!!!

**cimonren@bellsouth.net**

**From:** "Daniel Graham" <dygraham@gmail.com>
**To:** <reneehraga@bellsouth.net>
**Sent:** Wednesday, March 09, 2011 9:04 PM
**Attach:** Rene2011.xlsx
**Subject:** estimate

Here is my estimate. Sorry it took so long but I could not find what I was looking for as far as the thresholds. I feel confindent that the cost will not exceed the listed grand total and possible will be less. Please let me know if I did not list any desired work.
Thank you for this opportunity
Daniel
818-599-6223
770-338-4998

--
Thank you,
Daniel Graham

| Item(4571 Lucerne Valley Road) | Material | Qnty. | Price per Piece | Material cost. (est.) | Lbr/hrs (est.) |
|---|---|---|---|---|---|
| Replace Trim on exterior of Chimney | 1x4x12 | 4 | $10.00 | $40.00 | 3.5 |
| cont. | nails | 1 | $13.00 | $13.00 | 0 |
| cont. | caulk | 4 | $3.00 | $12.00 | 0.5 |
| cont. (see note 1) | Paint (Trim) | 1 | $32.00 | $32.00 | 1 |
| Scrap and sand big window | | | | $0.00 | 1.5 |
| Glaze window | tubes | 3 | $6.00 | $18.00 | 1.5 |
| Misc. Supplies for painting | | | $35.00 | | |
| Paint | no material cost if you have paint. If not material cost should be covered with the paint for the trim listed above. | | | | 1.25 |
| Replace threshold back of house ( see note 2) | Threshold, silicon, nails. | 1 | $30.00 | $30.00 | 2 |
| Replace threshold front of house | Threshold, silicon, nails. | 1 | $30.00 | $30.00 | 2 |
| | | | | | |
| | | | | | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |

Pg 2 of 3

| Totals | | Materials | Labor | GT |
|---|---|---|---|---|
| | Job costs | $175.00 | 13.25 | $440.00 |
| | | | | |
| | | | | |

This is a good faith estimate and it reflects what I believe to be an accurate cost estimate
Notes: (1)I can not remember if you have the trim paint. If so then this will not be a material cost. (2) I do not currently have the thresholds picked out but this pricing seems to be in line with some other thresholds that I did find. I will have to remove the thresholds to see what actaully will be required to do this but it should not cost more then estimated. If so I will let you know before I continue.

D1 2 of 2

**SEARS**
SEARS HOME APPLIANCE  03005
1905 SCENIC HWY STE C
SNELLVILLE, GA 30078-0000
770-972-8701



RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

### SALESCHECK #
### 030059021820

DELIVER TO:
  DISTRIBUTION CENTER 8755

CUSTOMER:        RENEE HRAGA
ADDRESS:
  4571 LUCERNE VALLEY RD
CITY/STATE:      LILBURN, GA
ZIP CODE:        30047
PHONE:
  678-230-9476  678-230-9476

PURCHASER:       RENEE HRAGA
PHONE:
  678-230-9476  678-230-9476

DELIV. DATE:     02/22/11

INSTALLATION DATE:  02/23/11

```
     TRAN#  PG/STORE  REG#  ASSOC#
     1820   10 03005  902    9761
          RINGING ASSOC #    9761
```
**DISTRIBUTION CENTER
INSTALLER PICKUP**
 22 38832    WALLOVEN 2 SAL  519.99T
                             ORDERED
  SET UP & PUT IN PLACE
  10 22400187 MI OVEN GA MDS  159.99
  10 22421187 AI COOK HA MDS   10.00
                  SUBTOTAL    689.98
     OUT OF AREA TAX 06.000%   31.20
                AMOUNT TENDERED 800.00
                CHANGE DUE     78.82
02/20/11       CASH TOTAL     721.18

RC: 1839-5610-2936-0719-0619


*******************************************
### SEARS INSTALLED
### MERCHANDISE
### AGREEMENT
*******************************************
THE FOLLOWING INSTALLATION ITEM(S) ARE
SUBJECT TO THE SEARS INSTALLED

CASE# 11-54704-jrs

# Septic Service Pro
### "THE BEST NAME IN THE INDUSTRY"
6295 Holly Court
Buford Ga. 30518
**(678) 292-8728**
www.SepticServicePro.com

**3210**

Date: 3/16/11   Tech: Jim Shore

**Billed To:**
Name: Renee Hrage
Address: 4571 Lucerne Vally Rd
City: Lilburn   State: Ga   Zip: 30047
Alt Address: _____
City: _____   State: _____   Zip: _____
Phone: C 678 230 9478  H 678 230 9477

## INITIAL AGREEMENT
I release Septic Service Pro from all liability for damage caused by driving on driveways, and from damage to utilities, gas, water, sprinkler pipes, etc. that cross our septic tank. I acknowledge the Terms and Conditions written on the back of this invoice.

X Renee Hrage
Date: 3/16/11

## PROBLEMS FOUND & RECOMMENDED FIX
New outlet Baffel tee
New tailout to drain Field
Jet Drain Field
Clean out Drain Field

| 1000 Gal. Tank | 1500 Gal. Tank | ITEMS INSPECTED: | | |
|---|---|---|---|---|
| Old Style Pump: 325 | Old Style Pump: | Inlet Tee | ☑Good | ☐Bad |
| Divided Tank Pump: | Divided Tank Pump: | Outlet Tee | ☑Good | ☐Bad |
| Clean Filter: | Clean Filter: | Outlet Filter | ☐Good | ☐Bad |
| | | Tank Condition | ☑Good | ☐Bad |
| | | Lid Condition | ☑Good | ☐Bad |
| | | Inspection Lids | ☑Good | ☐Bad |
| | | Drain Field: | ☐Wet | ☑Dry |

## SEPTIC SERVICE PRICE LIST

| ITEM | PRICE | Charges |
|---|---|---|
| Service Call with no work | $150 | |
| Hydro Jet drain field | $350 | 350 |
| Clean (suck) out drain field | $350 | 350 |
| Manhole risers 20" dig (first foot) | $250 | |
| Each additional foot | $65 | |
| Manhole risers 24" dig (first foot) | $300 | |
| Each additional foot | $75 | |
| New 1000 gal lid section w/18"x18" access cover | $450 | |
| New 1500 gal lid section w/18"x18" access cover | $550 | |
| Add bio treatment to field lines (up to 3 rooms) | | |
| Add bio treatment to field lines (4 or more rooms) | | |
| Use camera probe to check pipes | $350 | |
| Locate difficult tank | $350 | |
| Install main line w/clean out | $1200 | |
| Install inlet baffle tee | $325 | |
| Install outlet baffle tee | $325 | 325 |
| Install tail out line | $875 | 875 |
| Enter tank to perform work | $500 | |
| Remove root from tank/lines | | |
| Add root killer to drain field lines | $150 | |
| High amount of solids in tank | $75 - $150 | |
| System inspection | $250 | |
| Inspection letter (with or without service) | $50 | |
| Tank pumping and filter cleaning from above | ----- | 325 |

## Additional work done

| | |
|---|---|

## ACCEPTANCE OF WORK PERFORMED
I find the service and materials rendered and installed in connection with the above mentioned, to have been completed in a satisfactory manner. I agree that the amount set forth on this contract in the space labeled "TOTAL" to be the total and complete flat rate/minimum charge. I agree to pay reasonable attorney's fee and court costs in the event of legal action. A monthly service charge of 1½% will be added after 10 days. I acknowledge that I have read and received a legible copy of this contract.

Signature: X _____   Date: 03/16/2011
Name(Printed): MOHAMMED HRAGA

☑ Cash
☐ Check: _____
  Driver's Lic. No.: _____
☐ Credit Card: _____ Exp. Date: / /
  Card Number: _____ CCID: _____

**TOTAL:** 2225

I hereby authorize you to proceed with the above work at the flat rate of $ 2000
Signature: _____ Date: 3/16/11
Name(Printed): _____